# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Robert O'Toole

Case No. Civil 98-582 MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Employee Health Care Plan of
Lupient Enterprises

---

( )  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

(X)  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

Defendant's motion for summary judgment is granted, and Plaintiff's motion for summary judgment in its favor is denied.

DATE: February 22, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen, Deputy Clerk

